UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARMEN CAMILO,

                          **Plaintiff,**

              -against-

**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**
------------------------------------------------------------------X

11-CV-01345 (DAB)(SN)

**REPORT AND
RECOMMENDATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2015

**SARAH NETBURN, United States Magistrate Judge.**

**TO THE HONORABLE DEBORAH A. BATTS:**

      On May 8, 2015, the plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) (ECF No. 33). On May 26, 2015, Judge Batts referred this case to my docket to report and recommend on the plaintiff's application (ECF No. 37). On June 8, 2015, the Social Security Administration wrote a letter to the Court stating that it did not oppose the plaintiff's motion (ECF No. 39). The Court has reviewed the motion and finds it to be adequate.

      Accordingly, I recommend that the plaintiff's motion be GRANTED and that the plaintiff's counsel be awarded the requested amount of $18,218.00 in attorney's fees.

                \*     \*     \*

**NOTICE OF PROCEDURE FOR FILING OBJECTIONS
TO THIS REPORT AND RECOMMENDATION**

      The parties shall have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding three additional days when service is made under Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F)). A party may respond to another party's objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2).

Such objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Deborah A. Batts at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must be addressed to Judge Batts. The failure to file these timely objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b), 72(b); Thomas v. Arn, 474 U.S. 140 (1985).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          June 10, 2015